UNITED STATES BANKRUPTCY COURT
FOR THE
WESTERN DISTRICT OF KENTUCKY

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| FRANCIS HOWARD PIERCY | ) | CASE NO. 14-50333 |
| DEBORAH LAVONNE PIERCY | ) | CHAPTER 13 |
| | ) | |
| DEBTORS | ) | |

OBJECTION TO CLAIM #3 OF
MULTIBANK 2009-1 RES-ADC VENTURE, LLC

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**COMES NOW,** the debtor, by counsel, and object to Claim No. 3 of MULTIBANK 2009-1 RES-ADC VENTURE, LLC in the amount of $25,000.00 secured and $357,176.27 unsecured.

In support of this objection, counsel states as follows:

1. MULTIBANK 2009-1 RES-ADC VENTURE, LLC filed claim #3 in the amount of $25,000.00 secured and $357,176.27 unsecured.

2. The Debtors surrendered the property located at 2216 NE 3rd Street, Cape Coral, Florida in their bankruptcy plan as to both the first and second mortgage holders.

3. The creditor, MULTIBANK 2009-1 RES-ADC VENTURE, LLC, holds the second mortgage on the property.

4. As of the date of this objection, the property has yet to be sold by U.S. Bank, the first mortgage holder of the property so the amount of secured or unsecured debt due to the second mortgage holder MULTIBANK 2009-1 RES-ADC VENTURE, LLC, is yet to be determined.

5.    Debtors believe it is premature to establish the secured and unsecured amount due to the second mortgage holder, MULTIBANK 2009-1 RES-ADC VENTURE, LLC until the property is sold by the first mortgage holder, U.S. Bank.

**SO MOVED** this the 11th day of November, 2014.

> */s/ Michael A. Richardson*
> Michael A. Richardson
> Attorney at Law
> 308 W. 15th Street
> P.O. Box 1085
> Hopkinsville, KY  42241
> (270) 885-5588

## CERTIFICATE OF SERVICE

I, Michael A. Richardson, do hereby certify that a true and exact copy of the foregoing Objection was electronically mailed, to the following:

| | |
|---|---|
| U.S. Trustee | William W. Lawrence, Trustee |
| 512 U.S. Courthouse | Legal Arts Bldg., Suite 310 |
| 601 West Broadway | 200 South Seventh Street |
| Louisville, KY  40202 | Louisville, KY  40202 |

MULTIBANK 2009-1 RES-ADC VENTURE, LLC
c/o Ronald Bruckman
Jones Walker LLP
201 South Biscayne Blvd.
Miami FL 33131

Dated this 11th day of November, 2014.

> */s/ Michael A. Richardson*
> Michael A. Richardson