UNITED STATES BANKRUPTCY COURT
FOR THE
WESTERN DISTRICT OF KENTUCKY

IN RE:                                         )
                                               )
     FRANCIS HOWARD PIERCY                      )          CHAPTER 13
     DEBORAH LAVONNE PIERCY                     )          CASE NO. 14-50333
                                               )
          DEBTORS                               )

## ORDER

**THIS MATTER** having come before this Court on the 21st day of January, 2015 upon the Debtors' objection to Claim #3 of MULTIBANK 2009-1 RES-ADC VENTURE, LLC, and the Court being sufficiently advised;

**IT IS HEREBY ORDERED** that the Debtors Objection to Claim #3 of MULTIBANK 2009-1 RES-ADC VENTURE, LLC as filed on June 30, 2014 is sustained.

**IT IS FURTHER ORDERED** that at such time as a valid deficiency amount is determined that MULTIBANK 2009-1 RES-ADC VENTURE, LLC shall have the right to file an amended claim for the corrected deficiency balance, if any.

Thomas H. Fulton
United States Bankruptcy Judge

Dated:  March 4, 2015

Have seen and agreed:

Mark S. Roher
JONES WALKER LLP
*Attorneys for Multibank 2009-1 RES-ADC Venture, LLC*
201 Biscayne Blvd., Suite 2600
Miami, FL 33131
Email: *mroher@joneswalker.com*
Telephone: (305) 679-5700
Facsimile: (305) 679-5710


Have seen and agreed:


/s/ Michael A. Richardson
Michael A. Richardson
Attorney at Law
308 W. 15th Street
PO Box 1085
Hopkinsville, KY 42241-1085
Telephone: 270.885.5588
Facsimile: 270.885.0288