# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF KENTUCKY
# PADUCAH DIVISION

| | |
|---|---|
| In Re: | Case No.: 14-50333 |
| Francis Howard Piercy, Jr.<br>Deborah Lavonne Piercy | Chapter 13 |
| | Judge: Thomas H. Fulton |
| Debtors | |

## AGREED ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY OF PROPERTY KNOWN AS 2216 NE 3RD STREET, CAPE CORAL, FL 33991

This matter came to be considered on the Motion for Relief from Stay filed by U.S. Bank National Association ("Creditor"). Creditor has alleged that good cause exists for granting the Motion. The Debtors intent is to surrender the property and the parties have entered into an Agreement resolving the Motion;

**IT IS HEREBY ORDERED**:

The automatic stay of the Bankruptcy Code as it relates to the real property known as 2216 NE 3rd Street, Cape Coral, FL 33991 is hereby lifted.

IT IS SO ORDERED.

Submitted by:

Thomas H. Fulton
United States Bankruptcy Judge

/s/ Jerry R. Howard
Jerry R. Howard, Esq. (KBA #88213)           Dated: March 11, 2015
Gerner & Kearns Co., L.P.A.
809 Wright`s Summit Parkway, Suite 200
Fort Wright, KY 41011
Phone: (513) 241-7722
Fax: (859) 292-5300
bankruptcies@gernerlaw.com

/s/ Michael A. Richardson
Michael A. Richardson, Attorney for Debtors
308 W. 15th Street
P.O. Box 1085
Hopkinsville, KY 42241-1085
Phone: (270) 885-5588
Fax: (270) 885-0288
maratty@bellsouth.net

**DISTRIBUTION LIST:**

William W. Lawrence, Trustee
310 Republic Plaza 200 S. Seventh Street
Louisville, KY 40202
ECF@louchapter13.com

Asst. U.S.Trustee
Office of the U.S.Trustee
601 West Broadway #512
Louisville, KY 40202

Michael A. Richardson, Attorney for Debtors
308 W. 15th Street
P.O. Box 1085
Hopkinsville, KY 42241-1085
maratty@bellsouth.net

Francis Howard Piercy, Jr.
Deborah Lavonne Piercy
1925 Mason Lane
Pembroke, KY 42266